IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YVONNE PENA<br>　　Plaintiff<br><br>VS.<br><br>CITIBANK, N.A., AS TRUSTEE FOR<br>CMLTI ASSET TRUST; FAY SERVICING,<br>LLC<br>　　Defendants | §<br>§<br>§<br>§  C.A. NO. 4:20-cv-02200<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants, Fay Servicing, LLC ("Fay Servicing") and Citibank, N.A. as Trustee for CMLTI Asset Trust ("Trustee") (collectively "Defendants") file this Certificate of Interested Parties. Defendants reserve the right to supplement this certification as necessary. The undersigned counsel certifies that the following persons, corporations, and firms have or may have a financial interest in the outcome of this case:

1. Plaintiffs – Yvonne Pena

2. Counsel for Plaintiff – Alexander Law, PLLC

3. Defendant – Fay Servicing, LLC

4. Defendant – Citibank, N.A. as Trustee for CMLTI Asset Trust

5. Counsel for Defendants – Hirsch & Westheimer, P.C.

Respectfully submitted,

By: /s/ Michael F. Hord Jr.
Michael F. Hord Jr.
State Bar No. 00784294
Federal I.D. No. 16035
Eric C. Mettenbrink
State Bar No. 24043819
Federal I.D. No. 569887
HIRSCH & WESTHEIMER, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002-2772
Tel (713) 220-9182 / Fax (713) 223-9319
Email: mhord@hirschwest.com
Email: emettenbrink@hirschwest.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2020, a true and correct copy of the foregoing and/or attached was served on each attorney of record or party in accordance with **Federal Rule of Civil Procedure 5(b)** as follows:

Brandy Michelle Alexander
Alexander Law, PLLC
6200 Savoy Drive, Suite 1202
Houston, Texas 77036
**Via ECF**

/s/ Michael F. Hord Jr.
Michael F. Hord Jr.

20170194.20200440/3743325.1